HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JACK CARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JACK CARNES,<br><br>   Defendant. | Case No. 2:20-PO-00352-AC<br><br>STIPULATION AND ORDER TO CONTINUE BENCH TRIAL<br><br>Date:  March 8, 2021<br>Time:  9:00 a.m.<br>Judge:  Hon. Allison Claire |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Special Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for JACK CARNES, that the bench trial set on March 8, 2021 at 9:00 a.m. be continued to May 17, 2021 at 9:00 a.m.

This continuance is requested because defense counsel needs additional time to investigate, issue subpoenas, and prepare witnesses for trial.

/ / /

/ / /

/ / /

Stipulation and Proposed Order to Continue Bench Trial

-1-

DATED: February 23, 2021					Respectfully submitted,

							HEATHER WILLIAMS
							Federal Defender

							*/s/Linda C. Allison*
							LINDA C. ALLISON
							Assistant to the Federal Defender
							Attorneys for Defendant
							JACK CARNES

Dated: February 23, 2021					McGREGOR W. SCOTT
							United States Attorney


							*/s/ Alstyn Bennett*
							ALSTYN BENNETT
							Special Assistant United States Attorney


## ORDER

IT IS HEREBY ORDERED that the bench trial set for March 8, 2021, be continued to May 17, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 23, 2021

							_____
							ALLISON CLAIRE
							UNITED STATES MAGISTRATE JUDGE