PHILLIP A. TALBERT
Acting United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:20-po-00352-AC |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION TO RESET COLLATERAL, VACATE BENCH TRIAL, AND SET STATUS CONFERENCE |
| v. | |
| JACK D. CARNES, | ) DATE: May 17, 2021 |
| Defendant. | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral, Vacate Bench Trial, and Set Status Conference is GRANTED. Defendant Jack D. Carnes shall be permitted to pay a fine in case number 2:20-po-00352-AC in the amount of $300.00, plus a processing fee of $30.00 and special assessment of $10.00, for a total amount of $340.00, payable on or before August 2, 2021 to the Central Violations Bureau. The bench trial previously scheduled for May 17, 2021 is vacated.

The matter is further set for status conference on August 2, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 11, 2021

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE