PHILLIP A. TALBERT
Acting United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-po-00352-AC |
| Plaintiff, | ) ) | STIPULATION AND [Proposed] ORDER TO VACATE STATUS CONFERENCE |
| v. | ) ) | |
| JACK D. CARNES, | ) ) | DATE:  August 2, 2021<br>TIME:   9:00 a.m. |
| | ) | JUDGE: Hon. Allison Claire |
| Defendant. | ) ) ) | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, the defendant Jack D. Carnes was permitted to pay a fine in the amount of $300.00, a processing fee of $30.00 and special assessment of $10, for a total amount of $340.00, payable on or before August 2, 2021.  The matter was set for a status conference on August 2, 2021 at 9:00 a.m.

2. The defendant has paid the total amount of $340.00.  By this stipulation, the parties now jointly move to vacate the status conference currently set on August 2, 2021, at 9:00 a.m.

///

///

IT IS SO STIPULATED.

DATED: July 27, 2021					PHILLIP A. TALBERT
							Acting United States Attorney


						By: /s/  Chi Soo Kim
							CHI SOO KIM
							Assistant U.S. Attorney


							/s/   Linda Allison
							LINDA ALLISON
							Assistant Federal Defender
							Counsel for Defendant
							*(Approved via email 7/27/2021)*


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference set for August 2, 2021 at 9:00 a.m. is vacated.

FOUND AND ORDERED this 28th day of July, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE